IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR85 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | ORDER |
| TRAVIS L. KELLOGG, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the government's Motion for Dismissal of Petition for Offender under Supervision (Filing No. 93). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 81) without prejudice against the above-named Defendant.

IT IS ORDERED that:

1. The government's Motion for Dismissal of Petition for Offender under Supervision (Filing No. 93) is granted;

2. The Petition for Warrant or Summons for Offender Under Supervision (Filing No. 81) is dismissed without prejudice;

3. The hearing scheduled for August 13, 2015, is cancelled; and

4. The defendant's previous imposed conditions of his supervision remain in effect, and that he continue on with the remaining term of his supervised release.

DATED this 12th day of August, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge